# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KIRBY SPENCER,

        Plaintiff(s),

vs.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

        Defendant(s).

2:24−cv−00085−MMD−BNW

MINUTE ORDER

January 10, 2024

PRESENT:
The Honorable __Miranda M. Du__, U.S. District Judge

Deputy Clerk: __Chantal Torres__       Recorder/Reporter: __None Appearing__

Counsel for Plaintiff(s): __None Appearing__    Counsel for Defendant(s): __None Appearing__

      The above−entitled action was received on 01/05/2024 pursuant to a court order directing transfer from the Southern District of California and assigned case number 2:24−cv−00085−MMD−BNW . All future documents filed with this court shall bear said correct case number.

      IT IS ORDERED that all non−resident counsel shall file a Verified Petition, Motion for Permission to Practice in This Case Only by **01/24/2024**. This form is available on the court's website at www.nvd.uscourts.gov.

      IT IS FURTHER ORDERED that counsel shall have until **02/09/2024**, to file a Joint Status Report which shall:

    1. Set forth the current status of this action, including a list of pending motions and/or other matters requiring the attention of this Court.

    2. Include a statement by counsel of action required to be taken by this Court.

                            DEBRA K. KEMPI, CLERK

                    By: /s/ Chantal Torres

                            Deputy Clerk