PHILIP LO, ESQ.
Nevada Bar No. 12253
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (949) 255-6987
Facsimile: (702) 255-2858
E-Mail: plo@grsm.com

*Attorney for Defendant Portfolio Recovery Associates, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, | CASE NO.: 2:24-cv-00085-MMD-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

Defendant Portfolio Recovery Associates, LLC ("Defendant"), pursuant to FRCPA 41(a), by and through its attorney of record, Philip H. Lo of Gordon, Rees, Scully Mansukhani LLP, and Plaintiff Kirby Spencer, by and through his attorney of record, Craig K. Perry, of Craig K. Peter & Associates, hereby stipulate that all of Plaintiff's claims against Defendant in this matter be dismissed with prejudice, with each party to bear their own fees and costs.

| | |
|---|---|
| DATED this 6th day of March 2024. | DATED this 6th day of March 2024. |
| **GORDON REES SCULLY MANSUKHANI, LLP** | **CRAIG K. PETER & ASSOCIATES** |
| */s/ Philip Lo, Esq.* | */s/ Craig K. Perry, Esq.* |
| PHILIP LO, ESQ. | CRAIG K. PERRY |
| Nevada Bar No. 12253 | 2300 W. Sahara Ave., Suite 800 |
| 300 South 4th Street, Suite 1550 | North Las Vegas, NV 89102 |
| Las Vegas, Nevada 89101 | *Attorney for Plaintiff* |
| *Attorney for Defendant* | |

-1-

## ORDER

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that the above-captioned matter be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated: ___March 11, 2024_____

Case No.:  2:24-cv-00085-MMD-BNW

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of March, 2024, and pursuant to Fed. R. Civ. Pro. 5, I served via CM/ECF a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** upon those persons designated by the parties in the E-Service Master List, as follows:

Craig K. Perrry
Craig K. Peter & Associates
NV - Nevada
3450 W. Cheyenne Ave, Suite 400
Ste 400
North Las Vegas, NV 89032
Telephone: (702) 228-4777
Email: cperry@craigperry.com

*Attorney for Plaintiff Kirby Spencer*

　　　　　　　　　　　　　　　　　　　　*/s/ Melanie Eyler*
　　　　　　　　　　　　　　　　　　　　An Employee of GORDON REES SCULLY MANSUKHANI, LLP

-3-